IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| TAFFORD OLTZ and LaRAYNE OLTZ, | CV 16–124–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

A hearing on Defendant Safeco's motion for summary judgment has been set in this matter. (Doc. 47.) Also pending before the Court are Safeco's motions in limine, (Docs. 31, 33, and 35), and Plaintiffs' motion to exclude new defenses. (Doc. 38). Accordingly,

IT IS ORDERED that the parties shall be prepared to address the motions in limine and the motion to exclude defenses at the hearing.

DATED this ___ day of January, 2018.

Donald W. Molloy, District Judge
United States District Court

-1-